PROB 12C
(6/16)

Report Date: July 11, 2018

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Teal Nicholas Terrell | Case Number: 0980 2:11CR00196-LRS-1 |
| Address of Offender: ▮▮▮▮▮ Spokane, Washington 99223 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 10, 2012
Date of Resentence: December 15, 2016

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 100 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence: | Prison - 63 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: December 15, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 14, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On December 16, 2016, Mr. Terrell was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Terrell signed his conditions stating he understood all the conditions in full.<br><br>On July 1, 2018, Mr. Terrell was in direct violation of mandatory condition number 1 by being charged in Spokane Municipal Court with physical control of a vehicle under the influence, case number 8Z0416540.<br><br>On July 2, 2018, Mr. Terrell reported to this officer he had been arrested the night prior and was taken to jail. This officer reviewed Spokane police report number 2018-20125876 for further information. |

Prob12C
Re: Terrell, Teal Nicholas
July 11, 2018
Page 2

According to the report, Mr. Terrell was found asleep and intoxicated while sitting in his car at a Jack in the Box drive thru. The officer conducted field sobriety tests on Mr. Terrell. Due to failing most of the tests, and initially refusing a Breathalyzer, he was taken into custody. Mr. Terrell decided to conduct a Breathalyzer while at the Spokane County Jail and he blew a 0.128 BAC.

2   **Special Condition #6**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. You shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance

**Supporting Evidence**: On December 16, 2016, Mr. Terrell was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Terrell signed his conditions stating he understood all the conditions in full.

On or about June 30, 2018, Mr. Terrell was in direct violation of his conditions by allegedly consuming alcohol.

On July 2, 2018, Mr. Terrell was directed to report to the U.S. Probation Office. He reported as directed and disclosed he consumed large quantities of alcohol on July 1, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/11/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/11/18
Date